UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA DIMATTEO,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>                              Defendant, | Case No.:  3:19-cv-01654-BEN-KSC<br><br>**ORDER GRANTING**<br>**JOINT MOTION FOR VOLUNTARY**<br>**REMAND PURSUANT TO**<br>**SENTENCE FOUR OF 42 U.S.C. §**<br>**405(g) AND FOR ENTRY OF**<br>**JUDGMENT**<br>**[Doc. 18]** |

Plaintiff Anastasia DiMatteo filed suit against Defendant Andrew Saul to challenge an administrative decision regarding her social security benefits.  On December 19, 2019, Plaintiff moved for summary judgment.  Doc. 12.  The parties now jointly move to remand this case for further administrative proceedings under Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment.  For good cause shown, the joint motion is GRANTED.  This case is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' joint motion.  The Court further orders that Plaintiff's motion for summary judgment is DENIED without prejudice as moot.  The Clerk of Court shall enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date: February 10, 2020

_____

HON. ROGER T. BENITEZ
United States District Judge

1