

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anastasia DiMatteo <br><br> Plaintiff, <br> V. <br> Andrew Saul, Commissioner of the Social Security Administration <br><br> Defendant. | Civil Action No. 19-cv-01654-BEN-KSC <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This case is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' joint motion. The Court further orders that Plaintiff's motion for summary judgment is DENIED without prejudice as moot. The Clerk of Court shall enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

Date: 2/12/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy